# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20- 234 |
| | | FIILE DATE: 8/5/2020 |
| v. | : | |
| RICHARD ZANGARI | : | VIOLATION: |
| | | 18 U.S.C. § 844(e) (Use of |
| | : | Communication Facility to Make a |
| | | Threat – 1 Count) |

### INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about the 15th day of April, 2020, in the Eastern District of Pennsylvania, the defendant, RICHARD ZANGARI, through the use of a telephone, willfully made a threat to kill, injure and intimidate other individuals by means of fire or an explosive, in and affecting interstate or foreign commerce.

In violation of 18 U.S.C. § 844(e).

DAVID C. WEISS
UNITED STATES ATTORNEY
District of Delaware

Christopher L. de Barrena-Sarobe
Special Attorney for the United States
Acting Under Authority Conferred By
28 U.S.C. § 515